IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 JUN 10 PM 5: 04

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Criminal No. 98-20061-D/P |
| | * | |
| RONALD CARRUTHERS, | * | |
| | * | |
| | * | |
| Defendants. | * | |

## ORDER

Upon motion of the United States and for good cause shown, it is hereby ORDERED that the Petition on Supervised Release Violation is DISMISSED.

IT IS SO ORDERED this 10th day of June 2005.

BERNICE B. DONALD
UNITED STATES DISTRICT JUDGE

Submitted by:

Stuart J. Canale
Assistant United States Attorney

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 6-14-05

100



# Notice of Distribution

This notice confirms a copy of the document docketed as number 100 in case 2:98-CR-20061 was distributed by fax, mail, or direct printing on June 14, 2005 to the parties listed.

---

Arthur E. Horne
HORNE GILLULY & WELLS, PLLC
81 Monroe Ave.
Ste. 400
Memphis, TN 38103

Stuart J. Canale
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT